# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:11cv251

| | |
|---|---|
| K-BEECH, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| JOHN DOE, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Pending before the Court is Defendant's Motion to Quash [# 7]. Plaintiff brought this action solely against Defendant John Doe, the subscriber of IP address 24.158.35.67, alleging copyright infringement. The Court granted Plaintiff leave to serve a third party subpoena on the Defendant's Internet Service Provider in order to determine Defendant's identity. (Order, Nov. 19, 2011.) Defendant then moved to quash the subpoena, which he signed as John Doe. Upon a review of Defendant's motion and the record in this case, the Court finds that the motion is without merit.

As a threshold matter, this action involved claims against a single defendant who is identified by his or her IP address. Defendant's argument regarding improper joinder, therefore, has no bearing on this case because no other defendants are joined in this action. Moreover, Defendant has not set forth any

legally sufficient grounds for quashing or modifying the subpoena at issue. Accordingly, the Court **DENIES** the motion [# 7].

Signed: January 9, 2012

*Dennis L. Howell*
Dennis L. Howell
United States Magistrate Judge